## AFFIDAVIT AND CERTIFICATION OF BUSINESS RECORDS

I, Massiel Loo, state and certify that the following is true and correct:

1. This affidavit is made in response to a November 12, 2021 letter from Special Agent John Cosentino of the Bureau of Alcohol, Tobacco, Firearms and Explosives Tampa Divison seeking information regarding a Taurus Judge revolver bearing serial number KX339619 (the "Subject Revolver") for use in a criminal investigation. This affidavit and certification is intended to satisfy Federal Rule of Evidence 902.

2. I am the custodian of records for Taurus Holdings, Inc. and its subsidiaries, including Taurus International Manufacturing, Inc., the importer of the Subject Revolver. I am otherwise knowledgeable concerning the manner in which records of these businesses are created and maintained.

3. In response to the above-referenced subpoena, the following records are being produced: Acquisition & Disposition records for the Subject Revolver.

4. The records accompanying this affidavit: (A) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) were kept in the course of a regularly conducted activity of Taurus International Manufacturing, Inc.; and (C) were made as a regular practice in the regularly conducted activity of Taurus International Manufacturing, Inc.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

MASSIEL LOO

Sworn to and subscribed before me this _30_ day of _November_ 2021.
Notary Public
My Commission expires: _12-13-2022_



1 of 1