# Serial Search For Serial #: KX339619

## Transaction History Results

| Serial # | Sys \| Doc | Origin \| FFL | Mfg \| Name | Model \| Date | Entity \| Address |
|---|---|---|---|---|---|
| KX339619 | GP10-2004M | Brazil | Forjas Taurus | 2-441021FDE | 1-59-025-08-1m-23597 |
| Acquisition >> 00050414 | | | FORJAS TAURUS S.A. | | 10/24/2017 FORJAS TAURUS S.A. AV SAO BORJA 2181  SAO LEOPOLDO-RS, BR 93032 |
| Disposition >> 02-SLSDIS00227836 | | 72-09424 | LIPSEY S INC. | | 11/30/2017 LIPSEY S INC. 7277 EXCHEQUER DRIVE BATON ROUGE, LA 708090000 |

## Microfische Results

| Serial # | | Microfische | | | |
|---|---|---|---|---|---|

## Acquisition Results

| Serial # | Doc | FFL | Name | Date | Address |
|---|---|---|---|---|---|
| KX339619 | 00050414 | | FORJAS TAURUS S.A. | 10/24/2017 | AV SAO BORJA 2181  SAO LEOPOLDO-RS, BR 93032 |

## Repair Results

| Serial # | SO # \| Rcv \| Ship | Status \| Tracking In \| Out | Model | | Last Location \| Name \| Address |
|---|---|---|---|---|---|

## Current Inventory Results

| Serial # | Doc \| Location | FFL \| Cal-Ga | Name \| Mfg | Model \| Type | Acquisition |
|---|---|---|---|---|---|